ORIGINAL

UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 1 6 2019
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Albany

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No. 1:19-MJ- 312 (CFH) |
| 718 Central Avenue, Apartment 2 ) | |
| Albany, New York 12206 ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of New York *(identify the person or describe the property to be searched and its given location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Fraudulent permanent resident card bearing AMBROCIO VICENTE's name located inside the premises

**YOU ARE COMMANDED** to execute this warrant on or before   May 24, 2019
                                                                                            *(not to exceed 14 days)*

☐  in the daytime 6:00 a.m. to 10 p.m.          ☐  at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Choose an item..

☐  Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐  for _____ days *(not to exceed 30)*.
☐  until, the facts justifying, the later specific date of _____.

Date issued:  May 10, 2019
Time issued:  3:40 pm
City and State:  Albany, NY

Judge's signature
CHRISTIAN Hummel
Hon. ~~Daniel L. Stewart~~, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:19-MJ-312(CFH) | Date & time warrant executed: 5/13/2019  0725 | Copy of warrant & inventory left with: KITCHEN TABLE |

Inventory made in the presence of:
Haskins, Smith, Hancox

Inventory of the property taken and name of any person(s) seized:
001 - LPR CARD A# 068-025-439
002 - SOCIAL SECURITY CARD # 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
003 - GUATEMALA PASSPORT # 164283110
004 - SOCIAL SECURITY CARD # 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
005 - GUATEMALA DRIVERS LICENSE 3-1069162
006 - GUATEMALA PASSPORT # 000125438
007 - TEXAS ROADHOUSE PAY STUBS (5)
008 - NSD CLEANING PAY STUBS (3)
009 - LAWFUL PERMANENT RESIDENT CARD A# 091-038-052
010 - LAWFUL PERMANENT RESIDENT CARD A# 021-507-092
011 - SOCIAL SECURITY CARD # 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
012 - SOCIAL SECURITY CARD # 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
013 - SOCIAL SECURITY CARD # 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
014 - GUATEMALA PASSPORT # 309550009
015 - LAWFUL PERMANENT RESIDENT CARD A# 026-787-805
016 - SOCIAL SECURITY CARD # 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
017 - GUATEMALA ID CARD # 194344851 0701
018 - GUATEMALA PASSPORT # 194344851

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/2019

*Executing officer's signature*

Devon Haskins, Deportation Officer
*Printed name and title*

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

This warrant applies to the premises at 718 Central Avenue, Apartment 2. Albany, New York 12206



5